LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Jason Ferber

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Jason Ferber, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br> Bridgeport Financial, Inc., <br><br>　　　　　Defendants. | Case No.: 10-cv-2739-JSW <br><br> **STIPULATION OF DISMISSAL** |

1 WHEREAS, the parties to the above-entitled action have resolved the issues
2
3 alleged in the complaint in this action, and have negotiated in good faith for that
4 purpose; and
5 WHEREAS, none of the parties to the above-captioned action is an infant or
6
7 incompetent person; and
8 WHEREAS, the parties in the above-captioned action wish to discontinue
9 the litigation;
10
11 IT IS HEREBY STIPULATED AND AGREED by and between the parties
12 and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii),
13 the above-captioned action is hereby discontinued against Defendants with prejudice
14 and without costs to any party.
15
16 Dated: December 10, 2010
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| /s/ Lara Shapiro | /s/ Lindsey Heaton |
| Lara Shapiro | Lindsey Heaton |
| Law Office of Lara R. Shapiro | Ellis, La Voie, Poirier, Steinheimer & McGee LLP |
| 4145 Via Marina, Suite 324 | 555 University Avenue, Suite 200 |
| Marina del Rey, CA 90292 | Sacramento, CA 95825 |
| Tel: (310) 577-0870 | Tel: (916) 283-8820 Ext. 50 |
| Fax: (424) 228-5351 | Fax: (916) 283-8821 |

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

SO ORDERED /s/ Jeffrey S. White

10-**cv-**2739-JSW — - 2 - — STIPULATION FOR DISMISSAL

# FEDERAL COURT PROOF OF SERVICE
Jason Ferber v. Bridgeport Financial, Inc.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 4145 Via Marina # 324, Marina del Rey, CA 90292. I am a member of the bar of this Court.

On December 13, 2010, I served the following document(s): **STIPULATION OF DISMISSAL**

I served the document(s) on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Lindsey Heaton, Associate
Ellis, La Voie, Poirier, Steinheimer & McGee LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Tel: (916) 283-8820 Ext. 50
Fax: (916) 283-8821
lheaton@ellislawgrp.com

The documents were served by the following means:

[X]  (BY CM/ECF SYSTEM) The above document was delivered to the persons above by the Court's CM/ECF SYSTEM

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 13, 2010, at Los Angeles, California.

By: _s/ Lara Shapiro

---

10-cv-2739-JSW                                                STIPULATION OF DISMISSAL